UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

LOTTIE BARRIONUEVO,

    Plaintiff,

-vs-                                        CASE NO.: 0:20-CV-60954-WPD

HEALTHCARE REVENUE RECOVERY
GROUP, LLC,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**COMES NOW** the Plaintiff, Lottie Barrionuevo, and the Defendant, Healthcare Revenue Recovery Group, L.L.C., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, without prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 21st day of July, 2020.

| | |
|---|---|
| */s/ Jason R. Derry* | */s/ Ernest H. Kohlmyer, III* |
| Jason R. Derry | Ernest H. Kohlmyer, III |
| Florida Bar No.: 0036970 | Florida Bar No. 110108 |
| Morgan & Morgan, Tampa, P.A. | Shepard, Smith, Kohlmyer & Hand, P.A. |
| 201 North Franklin Street, 7th Floor | 2300 Maitland Center Parkway, Suite 100 |
| Tampa, FL 33602 | Maitland, Florida 32751 |
| Telephone: (813) 223-5505 | Telephone (407) 622-1772 |
| Facsimile: (813) 257-0577 | Facsimile (407) 622-1884 |
| jderry@ForThePeople.com | Skohlmyer@shepardfirm.com |
| jkneeland@ForThePeople.com | *Attorneys for Defendant* |
| *Attorney for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: Ernest "Skip" H. Kohlmyer, III 2300 Maitland Center Parkway, Suite 100 Maitland FL 32751 (skohlmyer@shepardfirm.com).

    */s/ Jason R. Derry*
Jason R. Derry
Florida Bar No.: 0036970
*Attorney for Plaintiff*