UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60954-CIV-DIMITROULEAS

LOTTIE BARRIONUEVO,

    Plaintiff,

vs.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    Defendant.

_____/

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE comes before the Court on the Joint Stipulation of Dismissal Without Prejudice [DE 12], (the "Stipulation"), filed herein on July 21, 2020. The Court has considered the Stipulation and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 12] is **APPROVED**;
2. This case is hereby **DISMISSED** without prejudice;
3. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of July, 2020.

*[Signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record