UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60954-CIV-DIMITROULEAS

LOTTIE BARRIONUEVO,

    Plaintiff,

vs.

HEALTHCARE REVENUE
RECOVERY GROUP, LLC,

    Defendant.

_____/

## AMENDED[1] ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE comes before the Court on the Joint Stipulation of Dismissal With Prejudice [DE 14], (the "Stipulation"), filed herein on August 31, 2020. The Court has considered the Stipulation and is otherwise fully advised in the premises.

It is hereby **ORDERED AND ADJUDGED** as follows:

1. The Stipulation [DE 14] is **APPROVED**;
2. This case is hereby **DISMISSED** with prejudice;
3. The case shall remain **CLOSED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 1st day of September, 2020.

WILLIAM P. DIMITROULEAS
United States District Judge

---

[1] This Amended Order replaces the Court's previous Order of Dismissal [DE 15] and is amended to correct a scrivener's error in the Order title.

Copies furnished to:

Counsel of Record